# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

Felicia Miles

|  |  |
|---|---|
| BANKRUPTCY NO.: | 17-57595-tjt |
| CHAPTER: | 13 |
| JUDGE: | Thomas J. Tucker |

Debtor(s).

_____/

## MOTION TO DETERMINE THE EXTENT
## OF THE SECOND MORTGAGE LIEN OF MAIN STREET ASSET SOLUTIONS, INC.

**NOW COME** the Debtor, Felicia Miles, by and through her attorneys, Frego & Associates - The Bankruptcy Law Office, PLC, and state the following in her motion:

1. Debtor brings this complaint pursuant to 11 U.S.C. § 506, and submits herself to jurisdiction of this Court through 28 U.S.C. § 1334(b), Fed. R. Bankr. P. §3012(b) and §7004.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K).

3. Venue is proper pursuant to 28 U.S.C. 1409(b).

4. Debtor filed a Voluntary Chapter 13 Petition with this Court on or about December 27, 2017.

5. The Debtor has two mortgages on her principal residence (the "Property") located at Liber:83 Page:61 Subd: Harry Slatkins No 5 Lot: 979 Municip: Westland Tax ID 560771097000 Street 2628 Wilshire. The property commonly known as 2628 Wilshire, Westland, MI 48186.

6. The first mortgage is held by BSI FINANCIAL SERVICES, to which the principal amount owed is approximately $158,370.00. The mortgage was recorded on July 17th, 2006, LIBER 45018, PAGE 750, Wayne County Register of Deeds, Michigan. See attached Exhibit 6a.

7. The second mortgage is held by MAIN STREET ASSET SOLUTIONS, INC., to which the principal amount owed is approximately $35,440.00. The mortgage was recorded on January 24th, 2007, LIBER 45881, PAGE 1113, Wayne County Register of Deeds, Michigan. See attached Exhibit 6b.

8. According to the appraised value, Debtors' residence has an approximate value of $158,370.

9. Under 11 U.S.C. § 506(a), a creditor is allowed to have a secured claim to the extent of the value of its interest and an unsecured claim to the extent that the creditor's interest is less than the amount of its allowed secured claim.

10. The second mortgage is wholly unsecured because no equity exists from the value to debt ratio of the senior lien and the value of the subject property.

11. The subject property would have to be worth in excess of $92,648.00 for the Defendant to have any security interest.

12. The Debtor is entitled to avoid the second mortgage of MAIN STREET ASSET SOLUTIONS, INC., in the Debtor's property under the provisions of 11 U.S.C. § 506, as this Defendant's lien is not an "allowed secured claim" as defined by the United States Bankruptcy Code and applicable case law.

13. Therefore, the Defendant's claim, secured by the second mortgage, should be treated as an unsecured claim and paid as a Class 9 creditor pursuant to the Debtor's Chapter 13 Plan of Reorganization.

14. The interests of good faith and justice support the requested relief.

**WHEREFORE**, the Debtor prays this Honorable Court grant the Debtor's requested relief to strip the second mortgage lien from the above referenced Property, or grant such other relief as the Court deems equitable and just.


Dated: 3/12/18                               /s/ Glen T. Turpening
                                             Frego & Associates - The Bankruptcy Law Office, PLC
                                             Attorney for Debtor(s)
                                             23843 Joy Road
                                             Dearborn Heights, MI 48127
                                             (313) 724-5088
                                             fregolaw@aol.com
                                             Glen T. Turpening P65230

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:

Felicia Miles

|                | BANKRUPTCY NO.: | 17-57595-tjt     |
|----------------|-----------------|------------------|
|                | CHAPTER:        | 13               |
|                | JUDGE:          | Thomas J. Tucker |

Debtor(s).

_____/

## ORDER DETERMINING THE EXTENT OF THE SECOND LIEN
## OF MAIN STREET ASSET SOLUTIONS, INC.

This matter having come before the Court upon the filing of the Debtor's Motion to Determine the Extent of the Second Mortgage Lien of MAIN STREET ASSET SOLUTIONS, INC. and due notice having been thus given, a certificate of non-response having been filed, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that upon completion of the Debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 17-57595-tjt, the mortgage ("Mortgage") dated April 26th, 2006, covering the following described property ("Property") situated in the County of WAYNE, State of Michigan, and further described as follows:

> Liber:83 Page:61 Subd: Harry Slatkins No 5 Lot: 979 Municip: Westland Tax ID 560771097000 Street 2628 Wilshire. The property commonly known as 2628 Wilshire, Westland, MI 48186.

as recorded in the Wayne County Register of Deeds on January 24th, 2007, Liber 45881, Plat Page 1113, will be stripped from the Property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the Debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 17-57595-tjt, the debtor may record a certified copy of this order, with a copy of the debtor's Chapter 13 discharge order attached, with the Genesee County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the Debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 17-57595-tjt, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

Felicia Miles

|  |  |
|---|---|
| BANKRUPTCY NO.: | 17-57595-tjt |
| CHAPTER: | 13 |
| JUDGE: | Thomas J. Tucker |

Debtor(s).

_____/

## NOTICE OF MOTION TO DETERMINE THE EXTENT
## OF THE SECOND MORTGAGE LIEN OF MAIN STREET ASSET SOLUTIONS, INC.

Debtor has filed a Motion to Determine the Extent of the Second Mortgage Lien of Main Street Asset Solutions, Inc.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, **within 21 days**, you or your attorney must:

1.      File with the court a written response or an answer, that complies with F.R. Civ. P. 8(b),(c) and (e), explaining your position at:

U.S. Bankruptcy Court
226 W. Second Street
Flint, MI 48502

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

| | | |
|---|---|---|
| Frego & Assoc.-The Bankruptcy Law Office, PLC. Attorneys for Debtor(s) 23843 Joy Road Dearborn Heights, MI 48127 | Tammy Terry Standing Chapter 13 Trustee 535 Griswold St. Detroit, MI 48226 | Felicia Miles 2628 Wilshire Westland MI 48186 |

2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Dated: May 4, 2017

/s/ Glen T. Turpening
Frego & Associates-The
Bankruptcy Law Office, PLC.
Attorneys for Debtors
23843 Joy Rd.
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com
Glen T. Turpening P65230

EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**

Felicia Miles

BANKRUPTCY NO.: 17-57595-tjt
CHAPTER: 13
JUDGE: Thomas J. Tucker

Debtor(s).

_____/

     and Peter Ramik., under penalty of contempt of court, states that on 03/12/18, he served MOTION TO DETERMINE THE EXTENT OF THE SECOND MORTGAGE LIEN OF MAIN STREET ASSET SOLUTIONS, INC. , and this CERTIFICATE OF SERVICE, in said case by certified mail, postage prepaid, and properly addressed as follows:

CREDITOR:    Main Street Asset Solutions, Inc.: Karissa K. Jones, CEO, 2310 S. Carson St., STE 7B, Carson City, NV 89701

NOTE:    EXHIBIT 6 HAS BEEN FILED WITH THE COURT. IT IS AVAILABLE FOR REVIEW ON THE COURT FILING SYSTEM.

/s/ Peter Ramik.
An employee of:
Frego & Associates - The Bankruptcy Law Office, PLC
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com
Peter J. Ramik, Jr.
