UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 17-57595

FELICIA ANN MILES,  Chapter 13

    Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DENYING THE DEBTOR'S MOTION TO ALLOW DEBTOR
TO ENTER INTO A TRIAL LOAN MODIFICATION**

This case is before the Court on a motion by the Debtor, entitled "Motion to Allow Debtor to Enter into a Trial Loan Modification," filed on October 11, 2023 (Docket # 104, the "Motion"). The Court must deny the Motion, because the Motion seeks what is, in substance, approval of a modification of the Debtor's confirmed plan that would violate 11 U.S.C. § 1329(c). That is because the proposed plan modification provides for payments (here, direct mortgage payments by the Debtor to the mortgage creditor) over a period "that expires after five years after" the first plan payment under the confirmed plan was due.[1] That is contrary to 11 U.S.C. § 1329(c).

The Debtor's plan was confirmed on July 20, 2018. (*See* Docket # 47 ("Order Confirming Plan").) Under the confirmed plan (Docket #12, the "Plan"), the first plan payment

---

[1] Section 1329(c) states:

> A plan modified under this section may not provide for payments over a period that expires after the applicable commitment period under section 1325(b)(1)(B) after the time that the first payment under the original confirmed plan was due, unless the court, for cause, approves a longer period, **but the court may not approve a period that expires after five years after such time.**

11 U.S.C. § 1329(c) (emphasis added).

was due no later than August 3, 2018, since both the Plan and the Order Confirming Plan provided for bi-weekly payments. (*See* Docket # 12 at 2 § II.B (providing for "Bi-Weekly" payments).) Therefore, the Court may not approve a period that expires after August 3, 2023 (five years after the date that the first Plan payment was due). The Debtor's proposed plan modification provides for payments after that date.

Accordingly,

IT IS ORDERED that the Motion (Docket # 104) is denied.

**Signed on November 8, 2023**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**

2